IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUN -8 PM 4:14

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | |
|---|---|
| JOHN SPAIN, | ) |
| Plaintiff, | ) |
| v. | ) No. 05-2240 Ml/P |
| WAL-MART STORES, EAST, L.P., | ) |
| Defendant. | ) |

ORDER SETTING TRIAL AND PRETRIAL DATES

Pursuant to Local Rule 72.1(f), a Rule 16(b) Scheduling Order was entered on May 24, 2005, by United States Magistrate Judge Tu M. Pham. In accordance with the deadlines established in that order, trial and pretrial dates are set as follows before the District Court:

1. The jury trial in this matter, which is anticipated to last two (2) days, is set to begin <u>Monday, May 1, 2006 at 9:30 a.m.</u> in courtroom no. 4.

2. A pretrial conference is set for <u>Monday, April 24, 2006 at 9:00 a.m.</u>

3. The joint pretrial order and proposed jury instructions and voir dire questions are due by no later than 4:30 p.m. on <u>April 17, 2006</u>.

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 6-9-05

Absent good cause, the dates established by this order shall not be extended or modified.

IT IS SO ORDERED this __8__ day of June, 2005.

                                                JON PHIPPS McCALLA
                                                UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 5 in case 2:05-CV-02240 was distributed by fax, mail, or direct printing on June 9, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline Sq.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT