IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

|  |  |  |
|---|---|---|
| JOHN SPAIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civ. No. 05-2240-Ml/P |
| | ) | |
| WAL-MART STORES, INC., | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

## ORDER DENYING WITHOUT PREJUDICE PLAINTIFF'S MOTION FOR LEAVE OF COURT TO FILE FIRST AMENDED COMPLAINT

Before the court is plaintiff's Motion for Leave of Court to File First Amended Complaint, filed July 26, 2005 (dkt #7). A review of the record reveals that the plaintiff did not file a certificate of consultation with his motion. Local Rule 7.2 requires that

> "[a]ll motions . . . shall be accompanied by a certificate of counsel . . . affirming that, after consultation between the parties to the controversy, they are unable to reach an accord as to all issues or that all other parties are in agreement with the action requested by the motion." Local Rule 7.2(a)(1)(B). Failure to file a Rule 7.2 certificate "may be deemed good grounds for denying the motion." *Id.*

Therefore, plaintiff's motion is DENIED, without prejudice.

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-29-05

The plaintiff may renew his motion by refiling it with a certificate of consultation in compliance with Local Rule 7.2.

IT IS SO ORDERED.

_____
TU M. PHAM
United States Magistrate Judge

_____July 28, 2005_____
Date

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 8 in case 2:05-CV-02240 was distributed by fax, mail, or direct printing on July 29, 2005 to the parties listed.

---

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline Sq.
Memphis, TN 38105

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT