IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY _____ D.C.

05 DEC -2 AM 11: 50

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN MEMPHIS

| | |
|---|---|
| JOHN SPAIN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL DOCKET NO. <u>05-2240-MI P</u> |
| ) | |
| WAL-MART STORES, INC., ) | |
| ) | |
| Defendant. ) | |

## [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

COME NOW the parties by and through Counsel and state to the Court that all the differences heretofore existing in this cause between all parties have been settled and that they are in agreement that all claims may be dismissed with prejudice.

IT IS, THEREFORE ORDERED, ADJUDGED AND DECREED that all matters existing between Plaintiffs and Defendant are hereby dismissed with prejudice.

_____
JUDGE
Date: Dec. 1, 2005

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on   12-2-05

M CJS 912459 v1
2825865-000166  11/11/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 12 in case 2:05-CV-02240 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

---

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline St.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT