FILED BY _____ D.C.

05 DEC -2  AM 11:50

THOMAS M. GOULD
CLERK, US DISTRICT COURT
W/D OF TN MEMPHIS

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

JOHN SPAIN,                           **JUDGMENT IN A CIVIL CASE**

VS

WAL-MART STORES, INC.            **CASE NO: 05-2240 Ml/P**

Upon settlement by the parties:

**IT IS SO ORDERED AND ADJUDGED** that, in accordance with the Order of Dismissal With Prejudice filed _Dec. 2_, 2005 this case is DISMISSED with prejudice.

APPROVED:

_/s/ Jon P. McCalla_

JON PHIPPS MCCALLA
UNITED STATES DISTRICT COURT

_Dec. 2, 2005_
Date

**THOMAS M. GOULD**
Clerk of Court

_/s/ Judy Easley_
(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on _12-2-05_

13

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 13 in case 2:05-CV-02240 was distributed by fax, mail, or direct printing on December 2, 2005 to the parties listed.

___

Clinton J. Simpson
BAKER DONELSON BEARMAN & CALDWELL
20th Floor
165 Madison Avenue
Memphis, TN 38103

Jimmy Moore
CIRCUIT COURT, 30TH JUDICIAL DISTRICT
140 Adams Ave.
Rm. 224
Memphis, TN 38103

Melissa Holt Yopp
LAW OFFICE OF GARY GREEN
40 N. Pauline St.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT